FILED
APR 18 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 5:22-cr-00080
    18 U.S.C. § 924(a)(1)(A)

**MICHELLE GRIM**

## I N F O R M A T I O N

The United States Attorney charges:

1. At all relevant times, Shooter's Roost, was located in Beckley, Raleigh County, West Virginia, and was a dealer in firearms, licensed under the provisions of Chapter 44 of Title 18 of the United States Code.

2. On or about November 5, 2020, at or near Beckley, Raleigh County, West Virginia, defendant MICHELLE GRIM acquired a Taurus, G3C, 9-mm pistol, from Shooter's Roost for an individual known to the United States Attorney.

3. On or about November 5, 2020, at or near Beckley, Raleigh County, West Virginia, within the Southern District of West Virginia, in connection with the acquisition of the aforesaid firearm, defendant MICHELLE GRIM did knowingly make a false statement and representation with respect to the information required by the provisions of Chapter 44, Title 18, United States Code to be kept in the records of Shooter's Roost, that is,

defendant MICHELLE GRIM stated and represented on ATF Form 4473 that, among other things, she was the transferee (buyer) of the firearm purchased when, in fact, as defendant MICHELLE GRIM well knew, an individual known to the United States Attorney was the true transferee (buyer) of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

WILLIAM S. THOMPSON
United States Attorney

By: _____
NEGAR M. KORDESTANI
Assistant United States Attorney

2